FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>Susana Aguer<br>                Defendant. | Case No.: 16mj 00433<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern District of California**, for alleged violation(s) of the terms and conditions of his/her (probation) [~~supervised release~~]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **defendant's lack of bail resources, lack of ties to the community, non-compliant behavior, and lack of a stable residence or employment**.

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | and/or |
| 4 | B.  ( ) The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This |
| 7 | finding is based on _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/2/2016

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE